UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT JACOBS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 5:02-cv-02884-WMA |
| DETENTION OFFICER PONZINI, | ) ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

On January 18, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the defendant's Motion to Dismiss for Failure to Prosecute is due to be and hereby is GRANTED and this action hereby is DISMISSED WITH PREJUDICE.

DONE this 9th day of February, 2006.

                                                  _____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE